No. 74–317. CAMERON ET AL. *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 74–327. HART *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 74–328. PATCH *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 74–346. FEDERAL PRESCRIPTION SERVICE, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 8th Cir. Certiorari denied.

No. 74–355. McCORMICK, EXECUTOR, ET AL. *v.* FINNERMAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 74–385. YORK INTERNATIONAL BUILDING, INC., ET AL. *v.* CHANEY, TRUSTEE. C. A. 9th Cir. Certiorari denied.

No. 74–417. HEIRS OF BURAT (BURAS) *v.* BOARD OF LEVEE COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT OF LOUISIANA ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–419. AUTOMOTIVE CHAUFFEURS, PARTS & GARAGE EMPLOYEES, LOCAL UNION 926, ET AL. *v.* NAPA PITTSBURGH, INC. C. A. 3d Cir. Certiorari denied.

No. 74–422. DUNBAR *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 74–435. WARD *v.* PHILADELPHIA ELECTRIC Co. Super. Ct. Pa. Certiorari denied.